FILED
December 03, 2024
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____NM_____
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| AMANDA WOOD,<br><br>   Plaintiff,<br><br>v.<br><br>BEXAR COUNTY TEXAS and<br>DEPUTY J. GEREB,<br><br>   Defendants. | §<br>§<br>§<br>§<br>§  CIVIL NO. SA-21-CV-00895-OLG<br>§<br>§<br>§<br>§<br>§ |

# ORDER

  The Court has considered United States Magistrate Judge Henry J. Bemporad's Report and Recommendation (R&R), filed September 20, 2024, concerning Defendants' motions for summary judgment (Dkt. Nos. 73 & 73). (*See* R&R, Dkt. No. 102.)

  A party who wishes to object to a Magistrate Judge's findings and recommendations must serve and file specific written objections within fourteen days "after being served with a copy of the recommended disposition." FED. R. CIV. P. 72(b)(2). Plaintiff, through counsel, was electronically served with a copy of the R&R on September 25, 2024. As such, her deadline to file objections was October 9, 2024. Plaintiff's objections to the R&R, filed October 4, 2024, were therefore timely. (*See* Dkt. No. 104.) Defendants have responded to the objections (*see* Dkt. No. 120), and Plaintiff has replied (*see* Dkt. No. 122).

  When a party objects to an R&R, the Court must make a de novo determination as to "any part of the magistrate judge's disposition that has been properly objected to." FED. R. CIV. P. 72(b)(3); *see United States. v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989), *cert. denied*, 492 U.S. 918 (1989). Objections must be specific; frivolous, conclusory, or general objections need not be considered by the district court. *Battle v. U.S. Parole Comm'n*, 834 F.2d 419, 421 (5th Cir. 1987) (quoting *Nettles v. Wainwright*, 677 F.2d 404, 410 n.8 (5th Cir. 1982), *overruled on other*

*grounds by Douglass v. U.S. Auto. Ass'n*, 79 F.3d 1415 (5th Cir. 1996)). Any portions of the Magistrate Judge's findings or recommendations that were not objected to are reviewed for clear error. *Wilson*, 864 F.2d at 1221.

The Court, having reviewed the entirety of the R&R de novo, finds that it is in all things correct and that Plaintiff's objections should be and hereby are overruled. Accordingly, the Court **ADOPTS** the Magistrate Judge's R&R, and, for the reasons set forth therein, Defendants' motions for summary judgment (Dkt. Nos. 72 & 73) are **GRANTED** and Plaintiff's claims in this case are **DISMISSED**.

All pending motions (Dkt. Nos. 105 & 118) are **DISMISSED AS MOOT**.

This case is **CLOSED**.

It is so **ORDERED**.

**SIGNED** this ___ day of December, 2024.

ORLANDO L. GARCIA
United States District Judge